**08 C 757**

**JUDGE BUCKLO**
**MAGISTRATE JUDGE KEYS**

# EXHIBIT A



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Feb 1 04:11:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [____] OR Jump | to record: [____]   **Record 20 out of 20**

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| Word Mark | **BUONA** BEEF **BUONA** MEANS GOOD |
|---|---|
| Translations | THE ENGLISH TRANSLATION OF THE WORD "BUONA" IN THE MARK IS "GOOD". |
| Goods and Services | IC 030. US 046. G & S: SANDWICHES FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19811100. FIRST USE IN COMMERCE: 19811100 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s) <br> 26.17.05 - Bands, horizontal; Bars, horizontal; Horizontal line(s), band(s) or bar(s); Lines, horizontal <br> 26.17.10 - Lines, zig-zag; Zig-zag line(s) |
| Serial Number | 73773079 |
| Filing Date | January 5, 1989 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | October 3, 1989 |
| Registration Number | 1573667 |
| Registration Date | December 26, 1989 |

| | |
|---|---|
| **Owner** | (REGISTRANT) BUONA BEEF, INC. CORPORATION ILLINOIS 6801 W. ROOSEVELT ROAD BERWYN ILLINOIS 60402 |
| | (LAST LISTED OWNER) BUONA COMPANIES, L.L.C., THE LIMITED LIABILITY CORPORATION BY ASSIGNMENT ILLINOIS 6801 W. ROOSEVELT ROAD BERWYN ILLINOIS 60402 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | ROBERT S. BEISER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20000724. |
| **Renewal** | 1ST RENEWAL 20000724 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |
|---|---|---|---|---|

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Feb 1 04:11:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [        ]    OR    Jump    to record: [        ]    **Record 19 out of 20**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | BUONA BEEF "BUONA" MEANS GOOD |
| **Translations** | THE ENGLISH TRANSLATION OF THE WORD "BUONA" IN THE MARK IS "GOOD". |
| **Goods and Services** | IC 030. US 046. G & S: SANDWICHES FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19811100. FIRST USE IN COMMERCE: 19811100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73773131 |
| **Filing Date** | January 5, 1989 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 13, 1989 |
| **Registration Number** | 1554944 |
| **Registration Date** | September 5, 1989 |
| **Owner** | (REGISTRANT) BUONA BEEF, INC. CORPORATION ILLINOIS 6801 W. ROOSEVELT ROAD BERWYN ILLINOIS 60402 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | ROBERT S. BEISER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Feb 1 04:11:02 EST 2008*



Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [　　] OR Jump to record: [　　]  **Record 14 out of 20**

TARR Status  ASSIGN Status  TDR  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | JOEY **BUONA**'S PIZZERIA GRILLE |
| **Translations** | THE ENGLISH TRANSLATION OF THE WORD "BUONA" IN THE MARK IS "GOOD". |
| **Goods and Services** | IC 030. US 046. G & S: Pizza, including deep dish and thin crust varieties; Italian style roast beef sandwiches and Italian style sausage sandwiches. FIRST USE: 19990601. FIRST USE IN COMMERCE: 19990601 |
| | IC 043. US 100 101. G & S: Restaurant and catering service, featuring dine-in, carry-out, home delivery, and providing banquet and social function facilities for special occasions. FIRST USE: 19990601. FIRST USE IN COMMERCE: 19990601 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76485926 |
| **Filing Date** | January 29, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 4, 2004 |
| **Registration Number** | 2866130 |
| **Registration Date** | July 27, 2004 |
| **Owner** | (REGISTRANT) THE BUONA COMPANIES, L.L.C. LTD LIAB CO ILLINOIS 6801 W. Roosevelt Road Berwyn ILLINOIS 60402 |
| **Attorney of Record** | Adam W. Johnson |
| **Prior Registrations** | 1554944;1573667 |

| | |
|---|---|
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "pizzeria" or "grille" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "JOEY BUONA", as used in the mark, is fictional, and does not identify a particular living individual. |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST
NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Feb 1 04:11:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [    ] OR Jump | to record: [    ]    **Record 12 out of 20**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | **BUONA** CATERING |
| **Translations** | The English translation of "BUONA" is "Good". |
| **Goods and Services** | IC 043. US 100 101. G & S: Catering services. FIRST USE: 19960601. FIRST USE IN COMMERCE: 19960601 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76485938 |
| **Filing Date** | January 29, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 16, 2003 |
| **Registration Number** | 2790961 |
| **Registration Date** | December 9, 2003 |
| **Owner** | (REGISTRANT) THE BUONA COMPANIES, L.L.C. LTD LIAB CO ILLINOIS 6801 W. Roosevelt Road Berwyn ILLINOIS 60402 |
| **Attorney of Record** | Adam W. Johnson |
| **Prior Registrations** | 1554944;1573667 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CATERING" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Feb 1 04:11:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [        ]  OR  Jump | to record: [        ]     **Record 11 out of 20**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| Word Mark | BUONA |
| Translations | The English translation of the wording "BUONA" is GOOD. |
| Goods and Services | IC 043. US 100 101. G & S: Restaurant and catering services. FIRST USE: 19801201. FIRST USE IN COMMERCE: 19801201 |
| | IC 029. US 046. G & S: Italian style roast beef and Italian style sausage. FIRST USE: 19801201. FIRST USE IN COMMERCE: 19801201 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 76485940 |
| Filing Date | January 29, 2003 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | January 13, 2004 |
| Registration Number | 2829484 |
| Registration Date | April 6, 2004 |
| Owner | (REGISTRANT) THE BUONA COMPANIES, L.L.C. LTD LIAB CO ILLINOIS 6801 W. Roosevelt Rd. Berwyn ILLINOIS 60402 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Adam W. Johnson |
| Prior Registrations | 1554944;1573667 |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP    PREV LIST    CURR LIST

NEXT LIST    FIRST DOC    PREV DOC    NEXT DOC    LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Feb 1 04:11:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [          ] OR Jump to record: [          ]  **Record 10 out of 20**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **BUONA** BEEF |
| **Translations** | The English translation of the word "BUONA" in the mark is "good". |
| **Goods and Services** | IC 043. US 100 101. G & S: Restaurant and catering services. FIRST USE: 19801201. FIRST USE IN COMMERCE: 19801201 |
| | IC 029. US 046. G & S: Italian style roast beef and Italian style sausage. FIRST USE: 19951201. FIRST USE IN COMMERCE: 19951201 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76485944 |
| **Filing Date** | January 29, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 13, 2004 |
| **Registration Number** | 2859546 |
| **Registration Date** | July 6, 2004 |
| **Owner** | (REGISTRANT) THE BUONA COMPANIES, L.L.C. LTD LIAB CO ILLINOIS 6801 W. Roosevelt Road Berwyn ILLINOIS 60402 |
| **Attorney of Record** | Adam W. Johnson |
| **Prior Registrations** | 1554944;1573667 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BEEF" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Feb 1 04:11:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [　　] OR Jump [　　] to record: [　　]　　**Record 9 out of 20**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | THE **BUONA** COMPANIES |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Restaurant franchising and food kiosk services at sporting events. FIRST USE: 19990630. FIRST USE IN COMMERCE: 19990630 |
| | IC 043. US 100 101. G & S: Restaurant and catering services. FIRST USE: 19990630. FIRST USE IN COMMERCE: 19990630 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76485946 |
| **Filing Date** | January 29, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 23, 2003 |
| **Registration Number** | 2992854 |
| **Registration Date** | September 6, 2005 |
| **Owner** | (REGISTRANT) BUONA COMPANIES, L.L.C., THE LTD LIAB CO ILLINOIS 6801 W. Roosevelt Road Berwyn ILLINOIS 60402 |
| **Attorney of Record** | Adam W. Johnson |
| **Prior Registrations** | 1554944;1573667 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMPANIES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

Trademark Electronic Search System (TESS)    http://tess2.uspto.gov/bin/showfield?f=doc&state=97im71.3.9

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Feb 1 04:11:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [　　] OR Jump to record: [　　]    **Record 8 out of 20**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | JOEY **BUONA**'S PIZZA |
| **Translations** | The English translation of the word "BUONA" in the mark is "good". |
| **Goods and Services** | IC 030. US 046. G & S: Pizza, including deep dish and thin crust varieties. FIRST USE: 20030203. FIRST USE IN COMMERCE: 20030203 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76485945 |
| **Filing Date** | January 29, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 13, 2004 |
| **Registration Number** | 3018241 |
| **Registration Date** | November 22, 2005 |
| **Owner** | (REGISTRANT) BUONA COMPANIES, L.L.C., THE LTD LIAB CO ILLINOIS 6801 W. Roosevelt Road Berwyn ILLINOIS 60402 |
| **Attorney of Record** | Adam W. Johnson |
| **Prior Registrations** | 1554944;1573667 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PIZZA" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "JOEY BUONA", as used in the mark, is fictional, and does not identify a particular living individual. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Feb 1 04:11:02 EST 2008

| TESS Home | New User | Structured | Free Form | Browse Dict | SEARCH OG | Bottom | HELP | Prev List | Curr List |
| Next List | First Doc | Prev Doc | Next Doc | Last Doc |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [ ] OR Jump | to record: [ ] **Record 7 out of 20**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **BUONA** CATERING |
| **Translations** | The English translation of the word "BUONA" in the mark is "good". |
| **Goods and Services** | IC 043. US 100 101. G & S: Catering services. FIRST USE: 19960601. FIRST USE IN COMMERCE: 19960601 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 08.01.07 - Pies<br>09.01.05 - Mats, table place mats; Napkins (table); Paper napkins; Placemats; Table placemats; Tablecloths<br>09.05.06 - Chef's Hat<br>11.03.09 - Paper plates, empty; Plates, dinnerware, empty<br>24.09.04 - Checkered flag; Flags, checkered<br>26.07.15 - Diamonds, four or more diamonds; Four or more diamonds<br>26.07.21 - Diamonds that are completely or partially shaded |
| **Serial Number** | 76485942 |
| **Filing Date** | January 29, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 11, 2004 |
| **Registration Number** | 2868559 |
| **Registration Date** | August 3, 2004 |
| **Owner** | (REGISTRANT) THE BUONA COMPANIES, L.L.C. LTD LIAB CO ILLINOIS 6801 W. Roosevelt Road Berwyn ILLINOIS 60402 |

| | |
|---|---|
| **Attorney of Record** | Adam W. Johnson |
| **Prior Registrations** | 1554944;1573667 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CATERING" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Feb 1 04:11:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [          ]    OR    Jump | to record: [          ]    **Record 6 out of 20**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **BUONA** BEEF GREAT ITALIAN ROAST BEEF RESTAURANT CATERER |
| **Translations** | THE ENGLISH TRANSLATION OF THE WORD "BUONA" IN THE MARK IS "GOOD". |
| **Goods and Services** | IC 043. US 100 101. G & S: Restaurant and catering services. FIRST USE: 19951201. FIRST USE IN COMMERCE: 19951201 |
| | IC 029. US 046. G & S: Italian style roast beef and Italian style sausage. FIRST USE: 19951201. FIRST USE IN COMMERCE: 19951201 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.09.04 - Checkered flag; Flags, checkered |
| | 26.03.17 - Concentric ovals; Concentric ovals and ovals within ovals; Ovals within ovals; Ovals, concentric |
| | 26.03.21 - Ovals that are completely or partially shaded |
| | 26.17.10 - Lines, zig-zag; Zig-zag line(s) |
| **Serial Number** | 76485939 |
| **Filing Date** | January 29, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 25, 2005 |
| **Registration Number** | 2941099 |

| | |
|---|---|
| **Registration Date** | April 19, 2005 |
| **Owner** | (REGISTRANT) THE BUONA COMPANIES, L.L.C. LTD LIAB CO ILLINOIS 6801 W. Roosevelt Road Berwyn ILLINOIS 60402 |
| **Attorney of Record** | Adam W. Johnson |
| **Prior Registrations** | 1554944;1573667 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GOOD BEEF", "GREAT ITALIAN ROAST BEEF" and "RESTAURANT" "CATERER" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

2/1/2008 1:27 PM



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Feb 1 04:11:02 EST 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [      ]  OR  Jump | to record: [      ]    **Record 5 out of 20**

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | THE **BUONA** COMPANIES |
| **Translations** | The English translation of the word "BUONA" in the mark is "good". |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Restaurant franchising and food kiosk services at sporting events. FIRST USE: 19991231. FIRST USE IN COMMERCE: 19991231 |
| | IC 043. US 100 101. G & S: Restaurant and catering services. FIRST USE: 19991231. FIRST USE IN COMMERCE: 19991231 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 09.01.05 - Mats, table place mats; Napkins (table); Paper napkins; Placemats; Table placemats; Tablecloths<br>11.03.09 - Paper plates, empty; Plates, dinnerware, empty<br>24.09.04 - Checkered flag; Flags, checkered |
| **Serial Number** | 76485943 |
| **Filing Date** | January 29, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 4, 2004 |
| **Registration Number** | 2960222 |
| **Registration Date** | June 7, 2005 |

| | |
|---|---|
| **Owner** | (REGISTRANT) THE BUONA COMPANIES, L.L.C. LTD LIAB CO ILLINOIS 6801 W. Roosevelt Road Berwyn ILLINOIS 60402 |
| **Attorney of Record** | Adam W. Johnson |
| **Prior Registrations** | 1554944;1573667 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMPANIES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Feb 1 04:11:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [        ]    OR    Jump | to record: [        ]    **Record 4 out of 20**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | JOEY **BUONA'**S PIZZERIA GRILLE |
| **Goods and Services** | IC 030. US 046. G & S: Pizza, including deep dish and thin crust varieties; Italian style roast beef sandwiches and Italian style sausage sandwiches. FIRST USE: 19990601. FIRST USE IN COMMERCE: 19990601 |
| | IC 043. US 100 101. G & S: Restaurant and catering services, featuring dine-in, carry-out, home delivery, and providing banquet and social function facilities for special occasions. FIRST USE: 19990601. FIRST USE IN COMMERCE: 19990601 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.15.05 - Smoke; Steam; Vapor<br>02.01.20 - Bakers (men); Butchers (men); Chefs (men); Men, butchers, chefs, and bakers<br>02.01.31 - Men, stylized, including men depicted in caricature form<br>02.09.06 - Carrying items, humans; Humans, including men, women and children, depicted toting items, such as buckets or bags; Toting items, humans<br>09.05.06 - Chef's Hat<br>11.03.25 - Coasters, beverage; Cookie sheets; Corn poppers, non-electric; Kettles, cooking; Popcorn poppers, non-electric; Trays, serving; Woks (non-electric)<br>25.03.01 - Checker board pattern; Checkerboard patterns<br>26.03.21 - Ovals that are completely or partially shaded<br>26.11.09 - Rectangles made of geometric figures, objects, humans, plants or animals<br>26.11.21 - Rectangles that are completely or partially shaded<br>26.13.21 - Quadrilaterals that are completely or partially shaded<br>26.13.25 - Quadrilaterals with one or more curved sides |
| **Serial Number** | 76493430 |
| **Filing Date** | February 27, 2003 |

| | |
|---|---|
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 23, 2005 |
| **Registration Number** | 3014424 |
| **Registration Date** | November 15, 2005 |
| **Owner** | (REGISTRANT) THE BUONA COMPANIES, L.L.C. LTD LIAB CO ILLINOIS 6801 W. Roosevelt Road Berwyn ILLINOIS 60402 |
| **Attorney of Record** | Adam W. Johnson |
| **Prior Registrations** | 1554944;1573667 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PIZZERIA GRILL" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

2 of 2                                                                                    2/1/2008 1:28 PM



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > **Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Feb 1 04:11:02 EST 2008

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [          ] OR Jump | to record: [          ]     **Record 3 out of 20**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# Buona-fied

| | |
|---|---|
| **Word Mark** | **BUONA**-FIED |
| **Goods and Services** | IC 043. US 100 101. G & S: Restaurant and catering services. FIRST USE: 20070331. FIRST USE IN COMMERCE: 20070331 |
| | IC 029. US 046. G & S: Italian style roast beef; Italian style sausage; salads except macaroni, rice, and pasta salad; chicken; potato chips. FIRST USE: 20070331. FIRST USE IN COMMERCE: 20070331 |
| | IC 030. US 046. G & S: Sandwiches; pizza; macroni and pasta salads; pasta. FIRST USE: 20070331. FIRST USE IN COMMERCE: 20070331 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77220660 |
| **Filing Date** | July 2, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) The Buona Companies, L.L.C. LTD LIAB CO ILLINOIS 6801 W. Roosevelt Road Berwyn ILLINOIS 60402 |
| **Attorney of Record** | Thomas R. Palmer |

| | |
|---|---|
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Feb 1 04:11:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [       ] OR Jump [       ] to record: [       ]      **Record 2 out of 20**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| Word Mark | **BUONA** CATERING PARTIES · MEETINGS · EVENTS |
| Translations | The foreign wording in the mark translates into English as good. |
| Goods and Services | IC 043. US 100 101. G & S: catering services. FIRST USE: 20050504. FIRST USE IN COMMERCE: 20050504 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 26.01.02 - Circles, plain single line; Plain single line circles<br>26.01.13 - Circles, two (not concentric); Two circles<br>26.01.21 - Circles that are totally or partially shaded. |
| Serial Number | 78710177 |
| Filing Date | September 9, 2005 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | December 5, 2006 |
| Registration Number | 3210506 |
| Registration Date | February 20, 2007 |
| Owner | (REGISTRANT) The Buona Companies, L.L.C. LTD LIAB CO ILLINOIS 6801 West Roosevelt Road Berwyn ILLINOIS 60402 |

| | |
|---|---|
| **Attorney of Record** | Thomas R. Palmer |
| **Prior Registrations** | 1554944;1573667;2790961;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CATERING", "PARTIES", "MEETINGS" and "EVENTS" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The mark consists of a circle within a circle separated by a line. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

2/1/2008 1:28 PM



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Feb 1 04:11:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [        ] OR Jump to record: [        ]  **Record 1 out of 20**

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **BUONA** SALADS · SANDWICHES · PIZZA |
| **Translations** | The foreign wording in the mark translates into English as good. |
| **Goods and Services** | IC 029. US 046. G & S: Italian style roast beef; Italian style sausage; salads except macaroni, rice, and pasta salad; chicken. FIRST USE: 20050504. FIRST USE IN COMMERCE: 20050504 |
| | IC 043. US 100 101. G & S: Restaurant and catering services. FIRST USE: 20050504. FIRST USE IN COMMERCE: 20050504 |
| | IC 030. US 046. G & S: Italian style beef sandwiches; Italian style sausage sandwiches; other sandwiches; macaroni and pasta salads; pizza; pasta. FIRST USE: 20050504. FIRST USE IN COMMERCE: 20050504 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 08.05.25 - Deli sandwich; Other sandwiches; Sandwich, deli; Sandwich, roast beef; Wraps, food<br>26.09.20 - Squares inside one another<br>26.09.21 - Squares that are completely or partially shaded |
| **Serial Number** | 78711004 |
| **Filing Date** | September 12, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 9, 2007 |

| | |
|---|---|
| **Registration Number** | 3221609 |
| **Registration Date** | March 27, 2007 |
| **Owner** | (REGISTRANT) The Buona Companies, L.L.C. LTD LIAB CO ILLINOIS 6801 West Roosevelt Road Berwyn ILLINOIS 60402 |
| **Attorney of Record** | Thomas R. Palmer |
| **Prior Registrations** | 1554944;1573667;2829484;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "salads sandwiches pizza" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY