**08 C 757**

**JUDGE BUCKLO**
**MAGISTRATE JUDGE KEYS**

# EXHIBIT B

# Buona-fied

# Trademark/Service Mark Application, Principal Register

**Serial Number:** 77220660
**Filing Date:** 07/02/2007

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77220660 |
| **MARK INFORMATION** | |
| MARK | Buona-fied |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Buona-fied |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| OWNER OF MARK | The Buona Companies, L.L.C. |
| STREET | 6801 W. Roosevelt Road |
| CITY | Berwyn |
| STATE (Required for U.S. applicants) | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE (Required for U.S. applicants only) | 60402 |
| PHONE | 708-749-2333 |
| FAX | 708-749-5429 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | LIMITED LIABILITY COMPANY |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Illinois |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 043 |
| DESCRIPTION | Restaurant and catering services |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 03/31/2007 |

| FIRST USE IN COMMERCE DATE | At least as early as 03/31/2007 |
|---|---|
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT13\772\206 \77220660\xml1\APP0003.JPG |
| SPECIMEN DESCRIPTION | Scanned promotional material in the form of a menu that is distributed to customers and potential customers, and which is available at the retail locations |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 029 |
|---|---|
| DESCRIPTION | Italian style roast beef; Italian style sausage; salads except macaroni, rice, and pasta salad; chicken; potato chips |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 03/31/2007 |
| FIRST USE IN COMMERCE DATE | At least as early as 03/31/2007 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT13\772\206 \77220660\xml1\APP0004.JPG |
| SPECIMEN DESCRIPTION | digital picture of packing for potato chips |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 030 |
|---|---|
| DESCRIPTION | Sandwiches; pizza; macaroni and pasta salads; pasta |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 03/31/2007 |
| FIRST USE IN COMMERCE DATE | At least as early as 03/31/2007 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT13\772\206 \77220660\xml1\APP0005.JPG |
| SPECIMEN DESCRIPTION | Digital picture of packaging for sandwiches |

## ATTORNEY INFORMATION

| NAME | Thomas R. Palmer |
|---|---|
| ATTORNEY DOCKET NUMBER | 30208-021 |
| FIRM NAME | Meltzer Purtill & Stelle LLC |
| STREET | 1515 East Woodfield Road |
| INTERNAL ADDRESS | Second Floor |
| CITY | Schaumburg |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60173 |

| PHONE | 847-330-2400 |
|---|---|
| FAX | 847-330-1231 |
| OTHER APPOINTED ATTORNEY | Steven M. Wachstein |

## CORRESPONDENCE INFORMATION

| NAME | Thomas R. Palmer |
|---|---|
| FIRM NAME | Meltzer Purtill & Stelle LLC |
| STREET | 1515 East Woodfield Road |
| INTERNAL ADDRESS | Second Floor |
| CITY | Schaumburg |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60173 |
| PHONE | 847-330-2400 |
| FAX | 847-330-1231 |

## FEE INFORMATION

| NUMBER OF CLASSES | 3 |
|---|---|
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 975 |

## SIGNATURE INFORMATION

| SIGNATURE | /John K. Gill/ |
|---|---|
| SIGNATORY'S NAME | John K. Gill |
| SIGNATORY'S POSITION | Duly Authorized Officer |
| DATE SIGNED | 07/02/2007 |

## FILING INFORMATION SECTION

| SUBMIT DATE | Mon Jul 02 16:42:21 EDT 2007 |
|---|---|
| TEAS STAMP | USPTO/BAS-216.90.254.2-20<br>070702164221070116-772206<br>60-3704fc40fdfe6e38733e62<br>f85f3fc3117b-CC-1781-2007<br>0702141557847247 |

**Trademark/Service Mark Application, Principal Register**

Serial Number: 77220660
Filing Date: 07/02/2007

## To the Commissioner for Trademarks:

**MARK:** Buona-fied (Standard Characters, see mark)
The literal element of the mark consists of Buona-fied. The mark consists of standard characters, without claim to any particular font, style, size, or color.
The applicant, The Buona Companies, L.L.C., a limited liability company legally organized under the laws of Illinois, having an address of 6801 W. Roosevelt Road, Berwyn, Illinois, United States, 60402, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.
      International Class 043:  Restaurant and catering services
Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.
In International Class 043, the mark was first used at least as early as 03/31/2007, and first used in commerce at least as early as 03/31/2007, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Scanned promotional material in the form of a menu that is distributed to customers and potential customers, and which is available at the retail locations.
Specimen File1
      International Class 029:  Italian style roast beef; Italian style sausage; salads except macaroni, rice, and pasta salad; chicken; potato chips
Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.
In International Class 029, the mark was first used at least as early as 03/31/2007, and first used in commerce at least as early as 03/31/2007, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) digital picture of packing for potato chips.
Specimen File1
      International Class 030:  Sandwiches; pizza; macroni and pasta salads; pasta
Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.
In International Class 030, the mark was first used at least as early as 03/31/2007, and first used in commerce at least as early as 03/31/2007, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Digital picture of packaging for sandwiches.
Specimen File1
The applicant hereby appoints Thomas R. Palmer and Steven M. Wachstein of Meltzer Purtill & Stelle LLC, Second Floor, 1515 East Woodfield Road, Schaumburg, Illinois, United States, 60173 to submit this application on behalf of the applicant. The attorney docket/reference number is 30208-021.
Correspondence Information:              Thomas R. Palmer
                                        Second Floor
                                        1515 East Woodfield Road
                                        Schaumburg, Illinois 60173
                                        847-330-2400(phone)
                                        847-330-1231(fax)
A fee payment in the amount of $975 will be submitted with the application, representing payment for 3 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /John K. Gill/   Date Signed: 07/02/2007
Signatory's Name: John K. Gill
Signatory's Position: Duly Authorized Officer
RAM Sale Number: 1781
RAM Accounting Date: 07/03/2007
Serial Number: 77220660
Internet Transmission Date: Mon Jul 02 16:42:21 EDT 2007
TEAS Stamp: USPTO/BAS-216.90.254.2-20070702164221070
116-77220660-3704fc40fdfe6e38733e62f85f3
fc3117b-CC-1781-20070702141557847247

# Buona-fied











