08 C 757

JUDGE BUCKLO
MAGISTRATE JUDGE KEYS

# EXHIBIT C

POPEYES
BONAFIDE
CHICKEN

PULL
VISA
SEAFOOD
CELEBRATION
3 Butterfly Shrimp,
3 Catfish Strips,
Popcorn Shrimp,
Reg Side & Biscuit
$5 99
POPEYES
BONAFIDE™
CHICKEN
Fresh
Marinated
in Louisiana
Seasonings
Hand-Battered

Popeyes
CHICKEN & BISCUITS
Country Fried Steak $3.99
Po' Boy $1.99
SHRIMP
BONAFIDE
Fresh
Marinated in Louisiana Seasonings
Hand-Battered
$5.99

POPEYES
BONAFIDE
CHICKEN
10 PCS Mixed
5 Biscuits