**FILED**
**FEBRUARY 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| THE BUONA COMPANIES, L.L.C., An Illinois Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>AFC ENTERPRISES, INC., d/b/a POPEYES, a Missouri Corporation,<br><br>Defendant. | Case No.<br><br>**08 C 757**<br><br>**JUDGE BUCKLO**<br>**MAGISTRATE JUDGE KEYS** |

### NOTICE OF FILING

TO:     Allen L. Greenberg, Esq.
        Duane Morris LLP
        Atlantic Center Plaza
        1180 West Peachtree Street NW
        Suite 700
        Atlanta, GA 30309-3448

        Counsel for AFC Enterprises, Inc.

   PLEASE TAKE NOTICE that on February 4, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, a **COMPLAINT** on behalf of Plaintiff, The Buona Companies, L.L.C., a copy of which is attached hereto and hereby served upon you.

                              Respectfully submitted,


                        By:        /s/Alexis E. Payne
                              Brett A. August (0081345)
                              Alexis E. Payne (6270412)
                              PATTISHALL MCAULIFFE NEWBURY
                               HILLIARD & GERALDSON LLP
                              311 South Wacker Drive, Suite 5000
                              Chicago, Illinois  60606
                              Phone:  (312) 554-8000
                              Fax:  (312) 554-8015


                              Attorneys for Plaintiff
                              The Buona Companies, L.L.C.

282591v1

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on this 4th day of February, 2008, a true and correct copy of the foregoing was served by U.S. mail, postage prepaid, as follows:

Allen L. Greenberg, Esq.
Duane Morris LLP
Atlantic Center Plaza
1180 West Peachtree Street NW
Suite 700
Atlanta, GA 30309-3448


                                              /s/ Alexis E. Payne
                                                 Alexis E. Payne