# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

In the Matter of  
THE BUONA COMPANIES, LLC )  
)  
    Plaintiff, )  
)  
vs. )   CIVIL ACTION NO. _____  
)  
AFC ENTERPRISES, INC. )  
)  
    Defendant. )  

**FILED**  
**FEBRUARY 4, 2008**  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT  

**08 C 757**

**JUDGE BUCKLO**  
**MAGISTRATE JUDGE KEYS**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:  
Plaintiff, THE BUONA COMPANIES, LLC

| (A) | (B) |
|---|---|
| SIGNATURE: /s/ | SIGNATURE: /s/ |
| NAME: Brett A. August | NAME: Alexis E. Payne |
| FIRM: Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP | FIRM: Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP |
| STREET ADDRESS: 311 South Wacker Drive, Suite 5000 | STREET ADDRESS: 311 South Wacker Drive, Suite 5000 |
| CITY/STATE/ZIP: Chicago, IL 60606 | CITY/STATE/ZIP: Chicago, IL 60606 |
| TELEPHONE NUMBER: (312) 554-8000 | TELEPHONE NUMBER: (312) 554-8000 |
| IDENTIFICATION NUMBER: 0081345 | IDENTIFICATION NUMBER: 6270412 |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☒ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☒ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

282635v1