## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| THE BUONA COMPANIES, L.L.C., an Illinois Limited Liability Company,<br><br>        Plaintiff,<br><br>   v.<br><br>AFC ENTERPRISES, INC., d/b/a POPEYES, a Missouri Corporation,<br><br>        Defendant. | Case No. 08 C 757<br><br>Judge Elaine E. Bucklo<br>Magistrate Judge Arlander Keys |

## DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(i) and the voluntary settlement reached by the parties, Plaintiff in this action, Buona Companies, L.L.C., hereby dismisses this action with prejudice.

                                                  PATTISHALL, McAULIFFE, NEWBURY,
                                                     HILLIARD & GERALDSON LLP

Dated: February 15, 2008        By:  _s/ Alexis Payne_____
                                                     Brett A. August
                                                     Alexis E. Payne
                                                     311 South Wacker Drive, Suite 5000
                                                     Chicago, Illinois  60606
                                                     (312) 554-8000

                                                   *Attorneys for Plaintiff The Buona Companies, L.L.C.*

283182v1